**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James R. Stewart, Jr., | ) | No. CV-06-2888-PHX-JAT |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of Arizona, Department of | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 1, 2007, Plaintiff James Stewart filed a voluntary Motion to Dismiss (Doc. #24) without prejudice. Because Defendant has answered, the Court must grant the dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant has filed a response stating it does not oppose the voluntary motion (Doc. #27).

Accordingly,

IT IS ORDERED GRANTING Plaintiff's Motion to Dismiss (Doc. #24).

DATED this 14th day of September, 2007.

James A. Teilborg
United States District Judge